**Order filed, June 22, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00419-CV

_____

**GEORGA A. MORAN, JR AND SUSAN K., MORAN, Appellant**

**V.**

**MEMORIAL POINT PROPERTY OWNERS ASSOCIATION, INC, Appellee**

---

**On Appeal from the 411th District Court
Polk County, Texas
Trial Court Cause No. CIV 24596**

---

## ORDER

The reporter's record in this case was due **May 10, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Laura Wells**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM